ORMISTON B. FYFE, Appellant, *v.* HANTON REALTY COMPANY, INC., Respondent.

(Argued June 10, 1931; decided July 15, 1931.)

*Charles Meyers, Jacob Manne* and *Joel M. Lieberman* for appellant.

*Frederick N. Van Zandt* and *James H. Marsh* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CRANE, J.